UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ALAN WILLIS,

    Petitioner,

vs.

CAROL R. HOWES,

    Respondent.
_____/

Civil Action No.
02-CV-72436

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 12, 2009, Magistrate Judge Komives issues a Report and Recommendation ("R&R") in which he recommends that the court deny the petition in this matter for a writ of habeas corpus. Neither party has objected to the R&R and the time to do so has expired. The court believes the magistrate judge has correctly analyzed all of the issues in this matter and that his recommendation is sound. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' Report and Recommendation is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that the petition in this matter for a writ of habeas corpus is denied.

IT IS FURTHER ORDERED that no certificate of appealability shall issue.

                                             S/Bernard A. Friedman_____
                                             BERNARD A. FRIEDMAN
                                             SENIOR UNITED STATES DISTRICT JUDGE

Dated: December 2, 2009
        Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

S/Carol Mullins
Case Manager to Judge Friedman