UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. WILLIS,

      Petitioner,                            Civil Action No. 02-CV-72436

vs.                                    HON. BERNARD A. FRIEDMAN

MARY BURGHUIS,

      Respondent.

_____/

**ORDER TRANSFERRING PETITIONER'S**
**"COMPLAINT FOR EQUITABLE RELIEF FROM JUDGMENT"**
**TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

Petitioner has filed a document in this matter entitled "Complaint for Equitable Relief from Judgment in the Exercise of this Court's Inherent Article III Powers and/or Motion for Relief from Judgment" [docket entry 116]. Petitioner asks, among other things, that the Court "re-open the inquiry into the Petition For A Writ Of Habeas Corpus," allow him to amend his petition and to conduct discovery, and hold an evidentiary hearing. *Id.* at 14.

The Court denied the petition in this matter in 2011 [docket entries 101, 102]. In 2012, the court of appeals denied petitioner's application for a certificate of appealability [docket entry 109]. In 2014, the court of appeals denied petitioner's motion for leave to file a second or successive petition [docket entry 112]. Since then, petitioner has filed various motions (e.g., to amend, for discovery, for sanctions, for an evidentiary hearing), all of which this Court has denied.

The instant "complaint for equitable relief" appears to be an unauthorized second or successive habeas petition. Accordingly,

IT IS ORDERED that petitioner's "complaint for equitable relief" [docket entry 116]

is hereby transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28

U.S.C. § 1631.  *See In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).


                                        S/ Bernard A. Friedman_____
                                        BERNARD A. FRIEDMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 2, 2016
            Detroit, Michigan